1  DAYLE ELIESON
   United States Attorney
2  CHAD W. MCHENRY
   Assistant United States Attorney
3  District of Nevada
   501 Las Vegas Blvd. South, Suite 1100
4  Las Vegas, Nevada 89101
   (702) 388-6336
5  Chad.W.McHenry@usdoj.gov

6  *Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America,** | Case No. 2:17-cr-306-JCM-PAL |
| Plaintiff, | |
| v. | **Motion to Unseal Case** |
| **Bondarenko, *et al.*** | |
| Defendants. | |

The United States of America, by and through its attorneys, DAYLE ELIESON, United States Attorney, and CHAD W. MCHENRY, Assistant United States Attorney, moves for entry of the proposed Order unsealing the above-captioned case.

//

//

//

//

In support of its motion, the Government states:

1. On or about September 19, 2017, a federal grand jury sitting in the District of Nevada returned an Indictment charging 36 defendants in the above-captioned matter with violations of Title 18, United States Code, Section 1962(d)—Conspiracy to Engage in a Racketeer Influenced Corrupt Organization.

2. On or about October 31, 2017, the same federal grand jury returned a First Superseding Indictment against the same 36 defendants.

3. On or about January 30, 2018, the same federal grand jury returned a Second Superseding Indictment against the same 36 defendants.

4. All three indictments were issued under seal in order to afford the Government time to coordinate a simultaneous global arrest of a number of the defendants.

5. That takedown occurred on February 6, 2018.

6. On February 7, 2018, the Indictment unsealed pursuant to this Court's order issued on February 6 was made available to the public.

*- The rest of this page left intentionally blank. -*

Therefore, the United States moves this Court to unseal the above-captioned case, in that keeping it sealed is no longer necessary or otherwise required for law enforcement purposes.

**DATED** this 13th day of February, 2018.

Respectfully submitted,

DAYLE ELIESON
United States Attorney

*/s/ Chad McHenry*
_____
CHAD W. MCHENRY
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**Bondarenko**, *et al.*<br><br>　　　　Defendants. | Case No. 2:17-cr-306-JCM-PAL<br><br>**Order Unsealing Case** |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Svyatoslav Bondarenko, et al.*, is unsealed.

DATED this  15  day of February, 2018.

　　　　　　　　　　　　　　　　　　　By the Court:

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Peggy A. Leen
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

4