1  DAYLE ELIESON
   United States Attorney
2  CRISTINA D. SILVA
   Criminal Chief
3  Assistant United States Attorney
   District of Nevada
4  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
5  (702) 388-6336
   cristina.silva@usdoj.gov
6
   *Representing the United States of America*
7

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America**, | Case No. 2:17-cr-306-JCM-PAL |
| Plaintiff, | |
| v. | **Motion for Government Attorney to Appear in this Court on Behalf of the United States (LR IA 10-3)** |
| **Svyatoslav Bondarenko**, *et al.*, | |
| Defendants. | |

The United States of America, by and through DAYLE ELIESON, United States Attorney, and CRISTINA D. SILVA, Assistant United States Attorney, respectfully moves that United States Department of Justice Organized Crime and Gang Section Trial Attorney Alexander Gottfried be permitted to appear in this Court on behalf of the United States in the above-captioned matter. *See* LR IA 10-3.

Mr. Gottfried is a member in good standing of the highest court of a state, commonwealth, territory, or the District of Columbia. He is employed by the United

States as an attorney, and in the course and scope of his employment, has occasion to appear in this Court on behalf of the United States in the above-captioned matter.

**DATED** this 24th day of October, 2018.

Respectfully submitted,

DAYLE ELIESON
United States Attorney

/ s / *Cristina D. Silva*
_____
CRISTINA D. SILVA
Chief, Criminal Division
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

_____
Hon. Peggy A. Leen
United States Magistrate Judge
District of Nevada

Dated: October 25, 2018

2