CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| United States of America, | 2:17-CR-306-JCM-VCF |
|---|---|
| Plaintiff, | **Notice of Withdrawal as Attorney** |
| v. | |

[1] Svyatoslav Bondarenko,
a.k.a. "Obnon", a.k.a. "Rector",
a.k.a. "Helkern",

[2] Sergey Medvedev, a.k.a. "Stells",
a.k.a. "segmed", a.k.a. "serjbear",

[3] Amjad Ali,
a.k.a. "Amjad Ali Chaudary",
a.k.a. "RedruMZ",
a.k.a. "Amjad Chaudary",

[4] Roland Patrick N'Djimbi Tchikaya,
a.k.a. "Darker", a.k.a. "dark3r.cvv",

[5] Arnaldo Sanchez Torteya,
a.k.a. "Elroncoluna",

[6] Miroslav Kovacevic,
a.k.a. "Goldjunge",

[7] Frederick Thomas, a.k.a. "Mosto",
a.k.a. "1stunna", a.k.a. "Bestssn",

[8] Osama Abdelhamed,
a.k.a. "MrShrnofr", a.k.a. "DrOsama",
a.k.a. "DrOsama1",

[9] Besart Hoxha, a.k.a. "Pizza",

[10] Raihan Ahmed, a.k.a. "Chan",
a.k.a. "Cyber Hacker", a.k.a. "Mae Tony",
a.k.a. "Tony",

[11] Andrey Sergeevich Novak,
a.k.a. "Unicc", a.k.a. "Faaxxx",
a.k.a. "Faxtrod",

[12] Valerian Chiochiu, a.k.a. "Onassis",
a.k.a. "Flagler", a.k.a. "Socrate",
a.k.a. "Eclessiastes",

[13] John Doe #8, a.k.a. "Aimless88",

[14] Gennaro Fioretti,
a.k.a. "DannyLogort",
a.k.a. "Genny Fioretti",

[15] Edgar Rojas,
a.k.a. "Edgar Andres Viloria Rojas",
a.k.a. "Guapo", a.k.a. "Guapo1988",
a.k.a. "Onlyshop",

[16] John Telusma,
a.k.a. "John Westley Telusma",
a.k.a. "Peterelliot", a.k.a. "Pete",
a.k.a. "Pette",

[17] Rami Fawaz,
a.k.a. "Rami Imad Fawaz",
a.k.a. "Validshop", a.k.a. "Th3d",
a.k.a. "Zatcher", a.k.a. "Darkeyes",

[18] Muhammad Shiraz,
a.k.a. "Moviestar", a.k.a. "Leslie",

[19] Jose Gamboa,
a.k.a. "Jose Gamboa-Soto",
a.k.a. "Rafael Garcia", a.k.a. "Rafael101",
a.k.a. "Memberplex2006",
a.k.a. "Knowledge",

[20] Alexey Klimenko,
a.k.a. "Grandhost",

[21] Edward Lavoile,
a.k.a. "Eddie Lavoie", a.k.a. "Skizo",
a.k.a. "Eddy Lavoile",

[22] Anthony Nnamdi Okeakpu,
a.k.a. "Aslike1", a.k.a. "Aslike",
a.k.a. "Moneymafia", a.k.a. "Shilonng",

[23] Pius Sushil Wilson, a.k.a. "FDIC",
a.k.a. "TheRealGuru",
a.k.a. "TheRealGuruNYC",
a.k.a. "RealGuru", a.k.a. "Po1son",
a.k.a. "1nfection", a.k.a. "1nfected",

[24] Muhammad Khan, a.k.a. "CoolJ2",
a.k.a. "CoolJ", a.k.a. "Secureroot",
a.k.a. "Secureroot1", a.k.a. "Secureroot2",
a.k.a. "Mohammed Khan",

[25] John Doe #7, a.k.a. "Muad'Dib",

[26] John Doe #1, a.k.a. "Carlitos",
a.k.a. "TonyMontana",

[27] David Jonathan Vargas,
a.k.a. "Cashmoneyinc", a.k.a. "Avb", a.k.a.
"Poony", a.k.a. "Renegade11",
a.k.a. "DvdSVrgs",

[28] John Doe #2,

[29] Marko Leopard,
a.k.a. "Leopardmk",

[30] Taimoor Zaman,
a.k.a. "Zaman Taimoor",
a.k.a. "Scotish",

[31] Aldo Ymeraj, a.k.a. "Niii.in",
a.k.a. "Kubanezi", a.k.a. "Yankeeman",

[32] John Doe #4, a.k.a. "Best4Best",
a.k.a. "Wazo", a.k.a. "Modmod",
a.k.a. "Alone1", a.k.a. "Shadow",
a.k.a. "Banderas", a.k.a. "Banadoura",

[33] Liridon Musliu, a.k.a. "Ccstore",
a.k.a. "Bowl", a.k.a. "Hulk",

[34] John Doe #5, a.k.a. "Deputat",
a.k.a. "Zo0mer",

[35] Mena Mouries Abd El-Malak,
a.k.a. "Mina Morris", a.k.a. "Source",
a.k.a. "Mena2341", a.k.a. "MenaSex",

[36] John Doe #6, a.k.a. "Goldenshop",
a.k.a. "Malov",

Defendants.

Daniel D. Hollingsworth files this Notice of Withdrawal as the forfeiture attorney of record for the United States of America in this case.

Dated: March 15, 2021.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

Dated:____4-14-2021_____

4